UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:06-CR-166-001 |
| V. ) | (JARVIS/GUYTON) |
| ) | |
| SANFORD MYERS ) | |

## MEMORANDUM AND ORDER

The defendant appeared before the undersigned on December 28, 2006, for an arraignment and detention hearing. Assistant United States Attorney Cynthia F. Davidson was present representing the government. Attorney James A. H. Bell appeared and advised this Court that he would accept CJA appointment on behalf of the defendant. Ralph E. Harwell and Tracy Smith orally moved to withdraw as counsel for Sanford Myers.

Accordingly, the oral motion is **GRANTED**, and it is **ORDERED** that **Ralph E. Harwell and Tracy Jackson Smith** are relieved as counsel for Sanford Myers and further, that **James A. H. Bell** is hereby appointed as CJA counsel of record for Sanford Myers.

**IT IS SO ORDERED.**

**ENTER**:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge